

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00852-CV

Jerry L. **HAMBLIN** and Ricochet Energy, Inc.,
Appellants

v.

Thomas A. **LAMONT**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000665-D2
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED that Appellants Jerry L. Hamblin and Ricochet Energy, Inc. have no obligation to indemnify Thomas A. Lamont for any liability arising out of the lawsuit filed in trial court cause number 2008-CVF-000353-D1, styled *Vaquillas Energy, Ltd., et al. v. Thomas A. Lamont, et al.*

SIGNED December 11, 2013.

Patricia O. Alvarez, Justice